# IN THE SUPREME COURT OF THE STATE OF NEVADA

HIGINIO CAUSSE BARRERA,
     Appellant,
    vs.
THE STATE OF NEVADA,
     Respondent.

No. 70322



FILED

AUG 26 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
  DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a purported order denying a "Motion to Show Good Cause for Violation of Courts Order or in Alternative to Enforce the Court's Order". Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

Because no statue or court rule permits an appeal from the aforementioned order, we lack jurisdiction over the appeal from that order. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
  Cherry

_____, J.
 Douglas

_____, J.
 Gibbons

cc: Hon. Jennifer P. Togliatti, District Judge
  Higinio Causse Barrera
  Attorney General/Carson City
  Clark County District Attorney
  Eighth District Court Clerk

16-26673